A97A0888. GOSS BROTHERS TRUCKING et al. v. ASHLEY.
(512 SE2d 319)

RUFFIN, Judge.

In *Ashley v. Goss Bros. Trucking*, 269 Ga. 449 (499 SE2d 638) (1998), the Supreme Court reversed our decision in *Goss Bros. Trucking v. Ashley*, 228 Ga. App. 354, 355-357 (1) (492 SE2d 7) (1997), in which we reversed the judgment of the trial court and remanded for a new trial. Accordingly, Division 1 of our prior opinion is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Johnson, C. J., McMurray, P. J., Andrews, Blackburn, Barnes, JJ., and Senior Appellate Judge Harold R. Banke concur.*

DECIDED FEBRUARY 11, 1999.

*McNatt, Greene & Thompson, Hugh B. McNatt, Richard S. Thompson*, for appellants.

*Salter, Shook & Craig, Mitchell M. Shook, Susan S. Shook,* for appellee.